UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MEGAN DUKES, *et al.*,

    Plaintiffs,

vs.

MCCLAY TRANSPORTATION USA, LLC, *et al.*,

    Defendants.

Case No. 3:20-cv-144

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER RESCINDING THE REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

---

This case was recently referred to United States Magistrate Judge Peter B. Silvain, Jr. The undersigned hereby **RESCINDS** the previous reference to the United States Magistrate Judge. This case will remain under the jurisdiction of the undersigned for all further proceedings.

    **IT IS SO ORDERED.**

Date:  May 17, 2021                    s/Michael J. Newman
                                                      Hon. Michael J. Newman
                                                        United States District Judge