UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MEGAN DUKES, *et al.*,

    Plaintiffs,                          Case No. 3:20-cv-144

vs.

MCCLAY TRANSPORTATION            District Judge Michael J. Newman
USA, LLC, *et al.*,

    Defendants.

## ORDER: CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within ninety days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

Date:  July 11, 2022                              s/Michael J. Newman
                                                                        Hon. Michael J. Newman
                                                                         United States District Judge